# FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP

COUNSELORS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD., SUITE 1010
UNIONDALE, NEW YORK 11553
TELEPHONE: (516) 248-1700
FACSIMILE: 1-866-900-8016

WEBSITE: WWW.FORCHELLILAW.COM

**KEITH J. FRANK**
PARTNER

February 27, 2015

District Court Judge Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          Re:    Velasco v. Lady Burd Exclusive Cosmetics, Inc.
                **Case No.: 14 cv 5156 (LGS)**
                **Settlement of Case**

Dear Judge Schofield:

      I represent the defendant Lady Burd Exclusive Cosmetics, Inc. ("Lady Burd") in the above captioned matter which is scheduled for trial on April 27, 2015. This letter is written jointly with plaintiff's counsel to advise that the above case has been settled at a mediation held through the Southern District's mediation program.

      A formal settlement agreement is being prepared which will be executed by the parties. The parties will be filing a Stipulation of Discontinuance with the Court once the agreement is executed.

      The parties thank the Court for its assistance in bringing this matter to a conclusion.

      Thank you.

                                           Respectfully submitted,

                                         */s/ Keith J. Frank*

                                         Keith J. Frank, Esq.
                                         516-812-6272

cc:      Schwartz & Perry, LLP