UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MILLIE VELASCO,

                      Plaintiff(s),    :        14 Civ. 5156   (LGS)

          -against-       :          <u>ORDER</u>

LADY BURD EXCLUSIVE COSMETICS,
INC.,

                    Defendant(s). :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this

case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days.  Any pending motions are DENIED as

moot, and all conferences are CANCELLED.


SO ORDERED.

Dated: March 2, 2015
       New York, New York

                              **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 2, 2015