UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
MILLIE VELASCO,

                        Plaintiffs,

             v.

LADY BURD EXCLUSIVE COSMETICS, INC.

                      Defendants.
----------------------------------------------------------x

**Docket No. 14-CV-5156 (LGS)**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, attorneys for the respective parties hereto, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all the claims presented in the above entitled action are hereby dismissed with prejudice and on the merits, without costs or attorneys fees to either party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court shall maintain jurisdiction of the above-entitled matter until at least March 31, 2015 for the purposes of ensuring that all parties comply with the Confidential Agreement of Settlement and General Release executed by the parties, the terms of which are incorporated herein.

DATED:      March 3, 2015
                    Uniondale, New York

FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP

By: _____
     Keith J. Frank, Esq.
333 Earle Ovington Boulevard – Suite 1010
Uniondale, New York 11553-3644
(516) 248-1700
Attorneys for Defendant
LADY BURD EXCLUSIVE COSMETICS, INC.

SCHWARTZ & PERRY, LLP

By: _____
     Brian Heller, Esq.
295 Madison Ave.
New York, New York 10017
212-889-6565
Attorneys for Plaintiff: MILLIE VELASCO

SO ORDERED:

_____
U.S.D.J.